**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date November 18, 2026

Allco Finance et al

Vs.

Dykes et al

BKY Appellant ______

BKY Appellee ______

BKY case # ______

Start Time 10:00 End Time 12:16

Recess (if more than ½ hr) ______ to ______

Total Time 2 hour(s) 16 minute(s)

Case # 3:25cv1321

Honorable Judge Sarah F. Russell

Deputy Clerk D. Lewis

Counsel for Pla(s) Melone

Counsel for Dft(s) Dornbos, Neal

Reporter/Courtsmart Terri Fidanza

Interpreter ______

Language ______

Hearing held

☑ in person ☑ by video ☐ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ■ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: ______ ____ |

**MOTIONS**

■ Motion to Dismiss (doc. no. 51) filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement

☐ Motion ______ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion ______ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion ______ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion ______ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion ______ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion ______ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion ______ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due ______ ☐ Proposed Findings due ______ Response due ______

☐ Status report due ______

☐ Hearing continued until ______ at ______

**NOTES**

Rev. 2/11/26